# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **DEBORAH JEFFERIS, an individual,** | |
| Plaintiff, | **CIVIL ACTION NUMBER 7:15-cv-01629-LSC** |
| v. | |
| **DIXIE NURSING CARE, a business entity,** | **JURY DEMAND** |
| Defendant. | |

## MOTION FOR APPROVAL OF SETTLEMENT
## -AND-
## DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Deborah Jefferis, by and through undersigned counsel, and respectfully requests this Honorable Court for an Order approving the proposed settlement reached between the Parties to this lawsuit. Accordingly, Plaintiff states as follows:

This matter involves claims brought by Plaintiff Deborah Jefferis (hereinafter "Plaintiff") against her employer, Dixie Nursing Care (hereinafter

"Defendant").  Plaintiff alleges that the Defendant failed to properly compensate her for all hours worked and for overtime wages pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. (FLSA).  At all times relevant to this lawsuit, Plaintiff was a non-exempt employee and Defendant was an employer within the definitions and meanings of the FLSA.  Plaintiff has been represented during the course of this litigation by counsel well versed in wage and hour litigation.  Further, the Defendant has been represented by out-of-state counsel[1] who, having contacted Plaintiff's Counsel prior to filing a responsive pleading, has acknowledged that an early settlement of this matter will benefit all Parties to this lawsuit.  Accordingly, the Parties have reached an agreement wherein Plaintiff will receive $1,500.00 in compensatory damages and $1,500.00 in liquidated damages. The executed Settlement and Release Agreement is attached hereto as Exhibit A. These settlement amounts were derived after a thorough examination of the payroll documents generated during the time period beginning three (3) years prior to the filing of the Complaint in this action.  The Plaintiff's normal/regular rate of pay was derived from the payroll records and an amount of 1.5 times the normal/regular rate of pay was applied to all hours worked in excess of forty (40)

---

[1] The Defendant is represented by attorney James Andrew Yelton of the law firm of Bailey and Womble located in Batesville, Mississippi.  The Defendant desires to resolve this matter at this early stage of the litigation.

hours per work week.  This number was offset by any wage payments that were actually made by the Defendant to the Plaintiff.

The Parties have independently and separately negotiated a resolution of attorneys' fees and expenses with the law firm of Farris, Riley & Pitt LLP receiving $2,000.00, to be paid by the Defendant in satisfaction of Plaintiff's Counsel's claims for fees and costs.

Overtime and back wage claims under the FLSA can be settled or compromised under the supervision of either the U.S. Secretary of Labor or the District Court.  *Lynn's Food Stores, Inc. v. United States,* 679 F. 2d 1350, 1352-1353 (11th Cir. 1982)("*Lynn's Food Stores*").  When an employee brings a private action for violations of the FLSA and presents to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness.  *Lynn's Food Stores*, 679 F. 2d. at 1353.  Further, if the proposed settlement reflects a reasonable compromise over issues that are actually in dispute, the Court may approve the settlement "in order to promote the policy of encouraging settlement of litigation." *Id*. at 1354.

The terms of the settlement agreement are fair and reasonable.  Plaintiff is receiving full compensation for overtime wages owed to her and is receiving an equal amount in liquidated damages.  Accordingly, Plaintiff respectfully requests

this Honorable Court for an Order approving the terms of the settlement agreement reached between the Parties.  [Proposed Order Attached].

                                                     /s/ *J. Adam Clayton*
                                                     J. Adam Clayton (Of Counsel)
                                                      ASB-6892-Y83C
                                                      *Attorney for the Plaintiff*

**OF COUNSEL**

FARRIS, RILEY & PITT, LLP
505 Twentieth Street North, 17th Floor
Birmingham, Alabama 352403
Tel: (205) 324-1212
Fax: (205) 324-1255
aclayton@frplegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed this 20th day of January 2016 with the Court's electronic filing system which will send notice to the following counsel of record.  Alternative, a copy of the foregoing has been served by electronic mail to all parties who are not registered with the Court's electronic filing system.

James Andrew Yelton
Bailey and Womble
Post Office Box 1615
Batesville, Mississippi 38606

                                                    /s/ *J. Adam Clayton*
                                                     Of Counsel