FILED

2016 Jan-25  AM 10:05
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| DEBORAH JEFFERIS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 7:15-cv-01629-LSC |
| | ) | |
| DIXIE NURSING CARE, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## ORDER

This matter is before the Court on the Plaintiff's Motion for Approval of Settlement and Dismissal with Prejudice. Having considered the motion as well as additional information provided by the Parties, it is hereby ORDERED:

1. That the Motion for Approval of Settlement is GRANTED; and

2. This case shall be DISMISSED with prejudice in its entirety.

Done and Ordered this 25th day of January, 2016.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

182185